1765.

At the Cloſe of this Term, the Chief Juſtice
        thus addreſſed himſelf to the Bar.

GENTLEMEN of the Bar : I cannot but with ADDRESS BY
   Pleaſure obſerve to you the Harmony which THE CHIEF
JUSTICE.
has ſubſiſted between all of you in our preſent
Seſſion, and that Unanimity and Order which has
prevailed univerſally amongſt us through this whole
Term.   I the rather obſerve this, becauſe, in moſt
Parts of the Province there has been great Diſturb-
ances.   I thought this Notice juſtly due, and can-
not but hope 'twill ſerve as a future Precedent to
us all, and a good Example to the Community.

   N. B.    Through this Term James Otis, Jr.,
Esq., was abſent at the CONGRESS, held in New
York, relative to the Stamp-Act, which was to take
Place the firſt of November next.

1765.

THE SUPERIOUR COURTS, in their feveral Circuits, having, for the Want of Stamp-Papers, done no Bufinefs, except barely opening the Court, and continuing all Matters over to the next Term, ever fince the Stamp-Act was to have taken Place in the Colonies ;——

The Town of Bofton, at a Meeting on December the 18th, 1765, voted, that the following Memorial be prefented to his Excellency the Governour, *in Council.* And that Jeremy Gridley, James Otis, Jr., and John Adams, Efqrs., be applied to as Council to appear in Behalf of the Town in Support of the faid Memorial.